54 A.3d 12

**Nasir ELLIOTT, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 125 EM 2012.**

Supreme Court of Pennsylvania.

Sept. 25, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of September, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**